sion, and we do not think, from an examination of the record before us on this appeal, that they have unwisely determined the same.

The judgment and order appealed from must be affirmed, with costs.

FITZSIMONS, Ch. J., and McCARTHY, J., concur.

Judgment and order affirmed, with costs.

---

WILLIAM C. LESSTER, Respondent, v. THE LAWYERS' SURETY CO. OF NEW YORK, Appellant.

APPEAL by the defendant from a judgment rendered by the direction of the court.

Norwood & Dilley (Carlisle Norwood, of counsel), for appellant.

J. Baldwin Hands, for respondent.

*Per Curiam.* An examination of the record on this appeal satisfies us that as to the first cause of action there was nothing for the trial judge to do but direct a verdict in accordance with the order of the Appellate Division.

As to the second action, there were two appeals taken at different times and two separate returns were made, the remittitur from the Court of Appeals contains the following: " That the appeals from the orders of the Appellate Division of the Supreme Court herein be and the same are dismissed, with costs."

It will be seen, therefore, that the court passed upon two appeals, and that the respondent was entitled to two bills of costs.

On the whole case the direction by the court was right and the judgment should be affirmed, with costs.

Present: FITZSIMONS, Ch. J.; CONLAN and McCARTHY, JJ.

Judgment affirmed, with costs.